# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TK TRAILER PARTS, LLC, § | |
| *Plaintiff,* § | |
| § | |
| V. § | CIVIL ACTION NO. 4:20-cv-2864 |
| § | |
| BILL R. LONG & AARON JOHNSON d/b/a § | |
| JOHNSON TRAILER PARTS, § | |
| *Defendants.* § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum, and Recommendation dated November 2, 2020 (Dkt. 13) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this 17th day of November, 2020.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE